Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protests were overruled in all other respects.

**No. 53117.**—Hercules Liquor Products Co. et al. *v.* United States, protests 116327–K, etc. (New York).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.   The protests were overruled in all other respects.

MAY 2, 1949

**No. 53118.**—Park & Tilford Import Corp. *v.* United States, protests 132170–K, 132171–K, and 132172–K.—————Abstract 52997.   Motion of Government for rehearing granted.

MAY 3, 1949

**No. 53119.**—SUIT 4594.—United States *v.* C. J. Tower & Sons.—————C. D. 1077 reversed March 7, 1949.   C. A. D. 406.

BEFORE THE FIRST DIVISION, MAY 9, 1949

**No. 53120.**—Wilson & Co., Inc. *v.* United States, protests 137819–K/1541, etc. (Chicago).

Opinion by COLE, J.   It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall the subject of *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138).   The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53121.**—Wilson & Co., Inc. *v.* United States, protests 140786–K and 142598–K (Detroit).

Opinion by COLE, J.   It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall the subject of *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138).   The claim for free entry under paragraph 1669 was therefore sustained.